UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-62074-AHS

**JASON GARSON,**

     Plaintiff,

v.

**PORTFOLIO RECOVERY ASSOCIATES LLC,**

     Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Jason Garson and Defendant Portfolio Recovery Associates LLC submit this Joint Notice of Settlement and states that Parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: January 9, 2023

 /s/ Thomas J. Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail: tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail: victor@pzlg.legal
PATTI ZABALETA LAW GROUP
3325 Northwest 55th Street
Fort Lauderdale, Florida 33309
Phone: 561-542-8550

COUNSEL FOR PLAINTIFF

 /s/ Robert Sickles
**ROBERT SICKLES, ESQ.**
Florida Bar No. 167444
E-mail: robert.sickles@dinsmore.com
Dinsmore & Shohl, LLP
201 N Franklin St Ste 3050
Tampa, Florida 33602
Phone: 813-543-9817

COUNSEL FOR DEFENDANT